IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

                                                PLAINTIFF/RESPONDENT

v.     Case No. 5:14-CR-50047-001

DONCOURI WELLS     DEFENDANT/PETITIONER

## O R D E R

The Court has received proposed findings and recommendations (Doc. 84) from United States Magistrate Judge Mark E. Ford.  Defendant/Petitioner moved to withdraw his motion for relief under 28 U.S.C. § 2255 for reasons stated in the motion.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS THEREFORE ORDERED that Petitioner Doncouri Wells' motion to withdraw document (Doc. 83) is GRANTED and his motion to vacate under 28 U.S.C. § 2255 (Doc. 79) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE